| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Joseph L Carlson |
| Debtor 2 (Spouse, if filing) | Karen E Carlson |
| Unites States Bankruptcy Court for the: | Western District of Washington (State) |
| Case Number: | 14-45502-MJH |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** OCWEN LOAN SERVICING LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 7 5

**Property Address:** 136 Genesis Dr
Castle Rock, WA 98611

## Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 3,500.77 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 3,500.77 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 3,500.77 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment  $ 1,920.33

The next postpetition payment is due on  09 / 01 / 2019
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **Joseph L Carlson** | Case number *(if known)* **14-45502-MJH** |
|---|---|---|
| | Name | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Michael G. Malaier
Signature

Date 07/30/2019

Trustee: Michael G. Malaier

Address: 2122 Commerce Street
Tacoma, WA 98402

Contact phone (253) 572-6600     Email

Debtor 1 **Joseph L Carlson** Case number *(if known)* **14-45502-MJH**
Name

# History Of Payments

**Part 2 - B**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 05/29/2015 | 0492077 | Principal Amount Disbursed | 215.44 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 06/30/2015 | 0494343 | Principal Amount Disbursed | 210.57 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 07/31/2015 | 0496659 | Principal Amount Disbursed | 310.09 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 08/31/2015 | 0498910 | Principal Amount Disbursed | 148.35 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 09/30/2015 | 0504429 | Principal Amount Disbursed | 247.91 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 10/30/2015 | 0601115 | Principal Amount Disbursed | 202.92 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 11/30/2015 | 0603187 | Principal Amount Disbursed | 224.98 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 12/31/2015 | 0605305 | Principal Amount Disbursed | 282.56 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 01/29/2016 | 0607383 | Principal Amount Disbursed | 163.85 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 02/29/2016 | 0609442 | Principal Amount Disbursed | 240.56 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 03/31/2016 | 0611591 | Principal Amount Disbursed | 250.90 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 04/29/2016 | 0613759 | Principal Amount Disbursed | 368.01 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 05/31/2016 | 0615822 | Principal Amount Disbursed | 242.62 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 06/30/2016 | 0617922 | Principal Amount Disbursed | 392.01 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 07/29/2016 | 0619948 | Principal Amount Disbursed | 210.88 |
| 31 | OCWEN LOAN SERVICING LL | First Mortgage Arrears | 08/02/2016 | 0619948 | Cancel Principal/Updates Pr | -210.88 |
| | | | | | **Total for Part 2 - B:** | **3,500.77** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

JOSEPH L CARLSON and
KAREN E CARLSON,

                    Debtors.

Case No. 14-45502-MJH

CERTIFICATE OF MAILING

I, Jamie Bacon, certify under penalty of perjury under the laws of the United States that on July 30, 2019, I caused to be mailed via regular mail a true and correct copy of the foregoing Notice of Final Cure Payment to the following:

JOSEPH L CARLSON
KAREN E CARLSON
136 GENESIS LN
CASTLE ROCK, WA  98611

OCWEN LOAN SERVICING LLC
STE 100
1661 WORTHINGTON RD
W PALM BEACH, FL  33409

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPT
PO BOX 24605
WEST PALM BEACH, FL  33416-4605

ALDRIDGE PITE LLP
4375 JUTLAND DR STE 200
PO BOX 17933
SAN DIEGO, CA  92177-0933

The following parties received notice of the Notice of Final Cure Payment via ECF:

UNITED STATES TRUSTEE
BROWN & SEELYE PLLC

Executed at Tacoma, Washington this 30th day of July, 2019.

                    /s/ Jamie Bacon
                    Jamie Bacon, for
                    Michael G. Malaier
                    Chapter 13 Standing Trustee
                    2122 Commerce Street
                    Tacoma, WA 98402
                    (253) 572-6600